JACKSON LEWIS LLLC
ANDREW L. PEPPER     5141-0
NICOLE K. HUDSPETH    11079-0
1088 Bishop Street
Suite 4100
Honolulu, HI 96813
Telephone:    (808) 526-0404
Facsimile:     (808) 744-7972
Email:        Andrew.Pepper@JacksonLewis.com
             Nicole.Hudspeth@JacksonLewis.com

LEECH TISHMAN FUSCALDO & LAMPL
ERIC J. WU    CA 270228 (*Pro Hac Vice*)
2041 Rosecrans Ave, Suite 300
El Segundo, CA 90245
Telephone:    (424) 738-4400
Facsimile:     (424) 738-5080
Email:        ewu@leechtishman.com

Attorneys for Defendant
RELIABLE PARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RAYMUND A. TAUYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIABLE PARTS, INC.,<br><br>    Defendant. | CIV NO.: 19-00666 KJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF RAYMUND A. TAUYAN AGAINST DEFENDANT RELIABLE PARTS, INC.**<br><br>**[Rule 41(a)(1)(A)(ii)]**<br><br>Trial Date: February 23, 2021 |

# STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF RAYMUND A. TAUYAN AGAINST DEFENDANT RELIABLE PARTS, INC.

IT IS HEREBY STIPULATED, by and between Plaintiff Raymund A. Tauyan ("Tauyan") and Defendant Reliable Parts, Inc. ("Defendant"), through their respective counsel of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and LR41.1, all claims by Plaintiff Tauyan against Defendant are hereby dismissed with prejudice.

Each party shall bear his or its own attorneys' fees and costs.

All parties who have appeared have signed this Stipulation.

Accordingly, there are no remaining claims or causes of action in this case and the case is dismissed in its entirety.

DATED: Honolulu, Hawaii, June 30, 2020.

*/s/ Charles H. Brower*
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff

*/s/ Andrew L. Pepper*
ANDREW L. PEPPER
Attorney for Defendant

APPROVED AND SO ORDERED.

DATE: Honolulu, Hawaii, July 1, 2020.



Kenneth J. Mansfield
United States Magistrate Judge

2

*Tauyan vs. Reliable Parts, Inc.*; CV19-00666 KJM; **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF RAYMUND A. TAUYAN AGAINST DEFENDANT RELIABLE PARTS, INC.**